UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AURORA CONTRACTORS, INC.,

                    Petitioner,                        Case No.: 20-cv-6072

    -against-

CONSTRUCTION AND GENERAL BUILDING
LABORERS' LOCAL 79,

                    Respondent.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE FOR GREGORY C. BROWN JR., ESQ.

PLEASE TAKE NOTICE that Gregory C. Brown Jr., Esq. hereby appears as counsel for Petitioner. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Lake Success, New York
        August 4, 2020

                                              **MILMAN LABUDA LAW GROUP PLLC**

                                              <u>/s/ Gregory C. Brown Jr., Esq.</u>
                                              Gregory C. Brown Jr., Esq.
                                              3000 Marcus Avenue, Suite 3W8
                                              Lake Success, NY 11042
                                              (516) 328-8899 (office)
                                              (516) 328-0082 (facsimile)

                                              *Attorneys for Petitioner*