UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
AURORA CONTRACTORS, INC.,

                Petitioner,                        Case No.: 20-cv-6072

    -against-

                                                **AFFIDAVIT OF SERVICE**

CONSTRUCTION AND GENERAL BUILDING
LABORERS' LOCAL 79,

                Respondent.
-----------------------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NASSAU    )

        **SOPHIA FREIMAN**, being duly sworn, deposes and says:

1. I am a secretary/paralegal in the office of Milman Labuda Law Group PLLC, attorney for Plaintiff in this action, am over 21 years of age, and am not a party to this action.

2. Pursuant to CPLR 7503(c), on August 4, 2020, I mailed (via Certified Mail, Return Receipt Requested) a copy of the Petition filed in this matter, along with all the papers upon which it is based, to the following address:

                Construction and General Building Laborers' Local 79
                131 West 33rd Street, 7th Floor
                New York, NY 10001

                                                _____
                                                **SOPHIA FREIMAN**

Sworn to before me this
4th day of August, 2020

_____
Notary Public

      PARBATIE SINGH
  Notary Public, State of New York
       No. 01SI6062253
    Qualified in Queens County
Commission Expires August 6, 2021