UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AURORA CONTRACTORS, INC.,

                     Petitioner,                 Case No.: 20-cv-6072 (LGS)

   -against-

                                                                  **RULE 7.1 DISCLOSURE**
CONSTRUCTION AND GENERAL BUILDING                   **STATEMENT**
LABORERS' LOCAL 79,

                     Respondent.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Petitioner, Aurora Contractors, Inc., state that there are no parent corporations or any publicly held corporations which own 10% or more of its stock.

Dated: Lake Success, New York
          August 5, 2020

                                                 **MILMAN LABUDA LAW GROUP PLLC**

                                                 /s/ Michael J. Mauro, Esq.
                                                 Michael J. Mauro, Esq.
                                                 Gregory C. Brown Jr., Esq.
                                                 3000 Marcus Avenue, Suite 3W8
                                               Lake Success, New York 11042
                                               (516) 328-8899 (office)
                                               (516) 328-0082 (facsimile)

                                               *Attorneys for Petitioner*