# UNITED STATES DISTRICT COURT
for the

|   |   |
|---|---|
| Aurora Contractors, Inc. <br> *Plaintiff* <br> v. <br> Construction &General Building Laborers Local 79 <br> *Defendant* | ) <br> ) <br> ) Case No.  20 CV 6072(LGS) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Construction & General Building Laborers Local 79

Date:    08/14/2020

*Attorney's signature*

Haluk Savci, 2493153
*Printed name and bar number*
Mason Tenders District Council Legal Departmen
520 8th Avenue, Suite 650
New York, NY 10018

*Address*

hsavci@masontenders.org
*E-mail address*

(212) 452-9407
*Telephone number*

*FAX number*