Haluk Savci, Esq.
Tamir W. Rosenblum, Esq.
MASON TENDERS DISTRICT
COUNCIL OF GREATER NEW YORK
520 Eighth Avenue, Suite 650
New York, New York 10018
(212) 452-9451

Counsel for Respondents

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

AURORA CONTRACTORS, INC.,

                         Petitioner,

     - against -

CONSTRUCTION & GENERAL BUILDING
LABORERS, LOCAL 79,

                     Respondent.

-------------------------------------------------------------------X

20 CV 6072 (LGS)

**CERTIFICATE OF SERVICE**

     I, Haluk Savci, do hereby certify that I on this 14th day of August, 2020 did cause a copy of Respondent's Reply Memorandum of Law in Opposition to Petition and the Declaration of Haluk Savci, Esq. to be forwarded by first class regular mail on the following persons:

          Michael J. Mauro, Esq.
          Milman Labuda Law Group, PLLC
          3000 Marcus Avenue, Ste 3W8
          Lake Success, NY 11042

                                                    _____
                                                 Haluk Savci