UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AURORA CONTRACTORS, INC.,                                   :
                                      Petitioner,           :    20 Civ. 6072 (LGS)
                                                            :
            -against-                                       :    ORDER
                                                            :
CONSTRUCTION AND GENERAL BUILDING                           :
LABORERS LOCAL 79,                                          :
                                      Respondent.           :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated August 26, 2020, was inadvertently filed.  It is hereby

    **ORDERED** that the Clerk of Court is respectfully directed to strike Dkt. No. 12.


Dated: August 26, 2020
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**