UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AURORA CONTRACTORS, INC.,
                            Petitioner,

-against-

CONSTRUCTION AND GENERAL
BUILDING LABORERS LOCAL 79,
                            Respondent.
------------------------------------------------------------X

20 CIVIL 6072 (LGS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 10, 2020, the Petition to stay arbitration is denied; accordingly, the case is closed.

**Dated**: New York, New York
         November 10, 2020

                                        **RUBY J. KRAJICK**
                                           Clerk of Court
                      BY:
                                          **Deputy Clerk**