UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AURORA CONTRACTORS, INC.,

                              **Case No.:** 1:20-cv-6072 (LGS) (SLC)

                   Petitioner,

    -against-

CONSTRUCTION AND GENERAL BUILDING
LABORERS' LOCAL 79,

                  Respondent.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF EMANUEL KATAEV, ESQ. FOR PETITIONER

      PLEASE TAKE NOTICE that Emanuel Kataev, Esq. hereby appears as counsel for the Petitioner in the above-captioned case.  I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Lake Success, New York
       November 19, 2020

                                              Respectfully submitted,

                                             **MILMAN LABUDA LAW GROUP PLLC**

                                             _____*/s Emanuel Kataev, Esq.*_____
                                             Emanuel Kataev, Esq.
                                             3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042-1073
                                             (516) 328-8899 (office)
                                             (516) 303-1395 (direct dial)
                                             (516) 328-0082 (facsimile)
                                             emanuel@mllaborlaw.com