# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Aurora Contractors, Inc.,

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Construction and Genreal Building Laborers Local 79,

_____

(List the full name(s) of the defendant(s)/respondent(s).)

__20__ CV __6072__ ( LGS )( SLC)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:   Petitioner Aurora Contractors, Inc.

_____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the      ☒ judgment    ☒ order    entered on:   November 10, 2020

(date that judgment or order was entered on docket)

that:    Petitioner's petition to stay arbitration is denied.

_____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

November 19, 2020

Dated

Signature*

Mauro, Michael J.

Name (Last, First, MI)

3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073

| Address | City | State | Zip Code |

(516) 328-8899 (office)                    michael@mllaborlaw.com

Telephone Number                            E-mail Address (if available)

_____

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13